In the Matter of the Application of ETHEL HOFFSTAEDTER, Respondent, to Compel the Substitution of DOS PASSOS BROTHERS, in the Place and Stead of ALEXANDER SLATER, Appellant, as Attorneys for Defendant in an Action Pending in Supreme Court, New York County, Wherein ST. LOUIS UNION TRUST COMPANY and Another, as Executors, etc., of WARWICK MASSEY HOUGH, Deceased, Are Plaintiffs, and Said ETHEL HOFFSTAEDTER Is Defendant.— Order modified by providing for the substitution of attorneys on payment of the amount found due by the referee, or upon giving a surety company bond or other security acceptable to the attorney to insure the payment of his fees and disbursements, the attorney to retain all papers in this matter until the payment is made or the security given. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

AMERICAN UNION LINE, INC., Appellant, v. ORIENTAL NAVIGATION CORPORATION, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, on the authority of American Union Line, Inc., v. Oriental Navigation Corp. (199 App. Div. 513), with leave to plaintiff to reply to first counterclaim within ten days on payment of said costs. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

In the Matter of the Petition of EVELYN S. DONCHIAN and Others, as Executors, etc., of JOHN B. DONCHIAN, to Obtain a Determination as to the Validity, Construction and Effect of the Disposition of the Property Contained in the Said Last Will and Testament of Said JOHN B. DONCHIAN, Deceased.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

ELIZA PEDEN WEED, Respondent, v. ELIZABETH CLARK, as Administratrix, etc., of THOMAS M. WEED, Deceased, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

LOUIS K. SCHWARTZ, Appellant, v. GLADYS S. WHYTE, Also Known as GLADYS S. WRIGHT, Respondent, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

In the Matter of JOHN BAPTIST MARSHALL, an Attorney.— Reference ordered to Hon. Edward G. Whitaker, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.